# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| ADRIANYON RILEY | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:23-cv-302-HSO-BWR |
| | § | |
| PENNYMAC LOAN SERVICE, LLC, et al. | § | DEFENDANTS |

## FINAL JUDGMENT

In accord with the Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 8th day of October, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE